No. 97-5415. JOHNSON v. HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97-5416. WOFFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-5417. FERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-5418. THIBODEAU v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97-5419. BROOKS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97-5422. CLAYTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-5424. GRAHOVAC v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-5425. FOLEY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97-5426. WILLIAMS v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97-5427. CORTO v. JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS. C. A. D. C. Cir. Certiorari denied.

No. 97-5428. BARNES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-5429. SWINDLE v. LOVE, DEPUTY COMMISSIONER, EASTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97-5430. WOODLEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-5431. TOWNES v. CITY OF ST. LOUIS, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 97-5432. ELLISON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.